JS-6

1  JOHN K. FLOCK ESQ. (SBN 200183)
2  THARPE & HOWELL, LLP
   15250 Ventura Blvd., Ninth Floor
3  Sherman Oaks, California 91403
   (818) 205-9955; (818) 205-9944 fax
4  Email: jflock@tharpe-howell.com

5  Attorneys for Defendants,
   COSTCO WHOLESALE CORPORATION
6  and COSTCO WHOLESALE
   MEMBERSHIP, INC.

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 PRAPAPON GEM GARCIA,                  Case No. 5:24-cv-01137 KK(SHKx)

12              Plaintiff,
                                         **ORDER GRANTING STIPULATION
13 v.                                    TO LIMIT PLAINTIFF, PRAPAPON
                                         GEM GARCIA'S DAMAGES**
14 COSTCO WHOLESALE
   CORPORATION, and DOES 1 to 20,
15
                Defendants.
16

17

18

19      Following review of the Joint Stipulation to Limit Plaintiff's Damages,

20 Plaintiff's agreement to limit his damages to $74,999.99, and good cause having been

21 shown, the case is REMANDED to the Riverside County Superior Court, Case No.:

22 CVRI2402343.

23 / / /

24 IT IS SO ORDERED.

25

26 Dated: _____November 18_____. 2024    _____
27                                           HON. KENLY KIYA KATO
                                             UNITED STATES DISTRICT JUDGE
28